JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON MEARES, by and through his educational decision-maker and mother, Kim Meares, and KIM MEARES,<br><br>           Plaintiffs,<br><br>    v.<br><br>RIM OF THE WORLD UNIFIED SCHOOL DISTRICT,<br><br>           Defendant. | Case No. EDCV 14-1156 JGB (DTBx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED as follows:

  (1) The Court AFFIRMS the Administrative Law Judge's decision that Defendant Rim of the World Unified School District (the "District") did not materially fail to implement Plaintiff Madison Meares's October 2, 2012 Individualized Education Program through the District's provision of a one-on-one mountain-biking aide; and

  (2) The Court REVERSES the Administrative Law Judge's decision that the District materially failed to implement Plaintiff Madison Meares's October 2,

1     2012 Individualized Education Program through the
2     District's provision of weekly speech therapy.

4   In accordance with the Order issued herewith,
5 Judgment is entered in favor of Defendant Rim of the
6 World Unified School District on both issues appealed
7 to this Court from the Administrative Law Judge's March
8 10, 2014 Decision.

10   The Clerk is directed to close the case.

12 Dated: August 13, 2015

13                             THE HONORABLE JESUS G. BERNAL
                                United States District Judge